IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| ASHLEY JORDAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:20-cv-00823-RK |
| | ) | |
| HONEYWELL FEDERAL MANUFACTURING & TECHNOLOGIES, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ashley Jordan and Defendant Honeywell Federal Manufacturing & Technologies, LLC stipulate to the dismissal of all claims in this action with prejudice, with each of the parties to bear her or its own costs.

Respectfully submitted,

**SIRO SMITH DICKSON PC**

By /s/ Raymond A. Dake
| | |
|---|---|
| Rik N. Siro | MO #33908 |
| Eric W. Smith | MO #47108 |
| Athena M. Dickson | MO #55104 |
| Raymond A. Dake | MO #62829 |
| Ryan P. McEnaney | MO #70235 |

1621 Baltimore Avenue
Kansas City, Missouri 64108
816.471.4881 (Tel)
816.471.4883 (Fax)
rsiro@sirosmithdickson.com (email)
esmith@sirosmithdickson.com (email)
adickson@sirosmithdickson.com (email)
rdake@sirosmithdickson.com (email)
rmcenaney@sirosmithdickson.com (email)

**ATTORNEYS FOR PLAINTIFF**

**HUSCH BLACKWELL LLP**

By /s/ Jenna P. Brofsky
    Julianne P. Story              MO # 42295
    Jenna P. Brofsky              MO # 69667
    4801 Main Street, Suite 1000
    Kansas City, MO 64112
    Telephone: 816-983-8000
    Facsimile: 816-983-8080
    Julianne.story@huschblackwell.com
    Jenna.brofsky@huschblackwell.com
**ATTORNEYS FOR DEFENDANT**